## (February 27, 1957)

■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. VINCENT F. DE MARIA, an Attorney, Respondent.— Respondent, upon his own confession and plea of guilty, was convicted in the County Court of Kings County of the crime of attempted grand larceny in the second degree. The crime being a felony, his disbarment necessarily follows, pursuant to subdivision 4 of section 90 of the Judiciary Law. Respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

## FIRST DEPARTMENT, MARCH, 1957
## (March 5, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN SMYTH, Appellant.— The order of the County Court, Bronx County, entered June 21, 1956, denying without hearing defendant's *coram nobis* application, unanimously reversed and the matter remitted to the County Court for a hearing solely on the issue of defendant's alleged mental incompetence at the time of arraignment, plea of guilty and sentence (*People* v. *Boehm*, 309 N. Y. 362). Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of the Construction of the Will of WILLIAM H. VODERY, Deceased. JOSEPHINE DICKERSON, Appellant; WILLIAM H. VODERY, JR., Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GENERAL McCLARY, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOSEPHSON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of TROPHY HANDBAGS, INC., Respondent, against CRAFT INDUSTRIAL CASE CORP., Defendant, and JOSEPH J. ANDREWS, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *post*, p. 833.]